UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

RYAN SHEEHAN,   Case No. 19 CV 4154 (DLI) (CLP)

        Plaintiff,   **NOTICE OF APPEARANCE**

-against-

CONSENSYS, INC.,

        Defendant.
---------------------------------------------------------------X

    PLEASE TAKE NOTICE that Laura Sack of Davis Wright Tremaine LLP hereby enters her appearance as counsel for Defendant, Consensys, Inc., in the above captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned attorney at the address stated below. I certify that I am admitted to practice in this court.

Dated:  New York, New York
         July 31, 2019

                                        Respectfully submitted,

                                        By: /s/ Laura Sack
                                              Laura Sack

                                        Davis Wright Tremaine LLP
                                        1251 Avenue of the Americas, 21st Floor
                                        New York, NY 10020-1104
                                        Tel.: (212) 603-6450
                                        laurasack@dwt.com
                                        *Attorneys for Defendant*