UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

RYAN SHEEHAN,      Case No. 19 CV 4154 (DLI) (CLP)

       Plaintiff,     **NOTICE OF APPEARANCE**

-against-

CONSENSYS, INC.,

       Defendant.
----------------------------------------------------------------X

    PLEASE TAKE NOTICE that Scott Cooper of Davis Wright Tremaine LLP hereby enters his appearance as counsel for Defendant, Consensys, Inc., in the above captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned attorney at the address stated below. I certify that I am admitted to practice in this court.

Dated: New York, New York
       July 31, 2019

                        Respectfully submitted,

                        By: /s/ Scott Cooper
                             Scott Cooper

                        Davis Wright Tremaine LLP
                        1251 Avenue of the Americas, 21st Floor
                        New York, NY 10020-1104
                        Tel.: (212) 603-6478
                        scottcooper@dwt.com
                        *Attorneys for Defendant*