UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

| | |
|---|---|
| RYAN SHEEHAN, | Case No. 19 CV 4154 (DLI) (CLP) |
| Plaintiff, | **DEFENDANT'S CORPORATE DISCLOSURE UNDER FED. R. CIV. P. 7.1** |
| -against- | |
| CONSENSYS, INC., | |
| Defendant. | |

----------------------------------------------------------------X

Defendant ConsenSys, Inc., by its attorneys Davis Wright Tremaine LLP, hereby states that ConsenSys, Inc. is wholly owned by ConsenSys AG, a corporation organized under the laws of Switzerland. ConsenSys AG has no parent company, and no publicly held corporation as a greater than 10% shareholder.

Dated: New York, New York
       July 31, 2019

                                        DAVIS WRIGHT TREMAINE LLP

                                          /s/
                                        _____

                                        Laura Sack
                                        Scott M. Cooper
                                        1251 Avenue of the Americas, 21st Floor
                                        New York, New York 10020
                                        (212) 489-8230
                                        laurasack@dwt.com
                                        scottcooper@dwt.com
                                        *Attorneys for Defendant*