UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RYAN SHEEHAN,                                      Case No. 19 CV 4154 (DLI) (CLP)

                 Plaintiff,                         **STIPULATION AND ORDER**

-against-

CONSENSYS, INC.,

                 Defendant.
-----------------------------------------------------------------X

        **WHEREAS**, on July 18, 2019, plaintiff Ryan Sheehan ("Plaintiff") filed a complaint (the "Complaint") against ConsenSys, Inc. ("Defendant"), in the above-captioned matter;

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the parties hereto, that the time for Defendant to answer, move against, or otherwise respond to the Complaint is extended to and including September 11, 2019.

Dated: New York, New York
July 31, 2019

*[signature]*
Jordan El-Hag, Esq.

*[signature]*
Laura Sack, Esq.
Scott Cooper, Esq.

EL-HAG & ASSOCIATES, P.C.
777 Westchester Ave., Suite 101
White Plains, New York 10604
(914) 218-6190
jordan@elhaglaw.com

Attorneys for Plaintiff

DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, Floor 21
New York, New York 10020
(212) 489-8230
laurasack@dwt.com
scottcooper@dwt.com
Attorneys for Defendant

SO ORDERED:

_____
Hon. Dora L. Irizarry
U.S. District Court Judge