UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
RYAN SHEEHAN,

                Plaintiff,

     -against-                             **ORDER**
                                           19 CV 4154 (DLI) (CLP)

CONSENSYS, INC.,

                Defendant.
------------------------------------------------------------ X

**POLLAK**, Chief United States Magistrate Judge:

On July 18, 2019, Ryan Sheehan ("plaintiff") filed the above-captioned matter against Consensys, Inc. ("defendant"), alleging discrimination based on disability pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101, the New York State Human Rights Law, New York State Executive Law Article 15, and the New York City Human Rights Law, New York City Administrative Code § 8-107(1)(a).

On July 9, 2020, a conference was held in this matter. Jordan Alexander El-Hag, Esq. appeared on behalf of the plaintiff. Scott M. Cooper, Esq. appeared on behalf of the defendant. Defendant had previously served a subpoena duces tecum on Dr. Susan Jocelyn, Ph.D, who had been providing treatment for the plaintiff. When defendant received no response to the subpoena, the Court, as an earlier conference, dated May 29, 2020, had directed plaintiff's counsel to reach out to Dr. Jocelyn to encourage her to respond. At the conference held on July 9, 2020, Mr. El-Hag indicated that he has spoken to Dr. Jocelyn, who had indicated to him that she did not maintain any records of her treatment of Mr. Sheehan.

Accordingly, Dr. Susan Jocelyn is to submit a letter to plaintiff's counsel by <u>August 10, 2020</u>, indicating what records, if any, she has maintained regarding her treatment of the plaintiff, Mr. Ryan Sheehan. If no such records exist, Dr. Jocelyn is to state that in this letter.

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: Brooklyn, New York
July 13, 2020

/s/ Cheryl Pollak
Cheryl L. Pollak
Chief United States Magistrate Judge
Eastern District of New York