

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Scott M. Cooper**
212.603.6478 tel

scottcooper@dwt.com

October 6, 2020

**Via ECF**

Hon. Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

   Re: *Sheehan v. ConsenSys, Inc.*
      19-cv-04154 (DLI) (CLP)

Dear Judge Pollak:

  As counsel for Defendant, we write in response to the October 5[1] letter (Dkt. No. 19) from Jordan El-Hag, counsel for plaintiff Ryan Sheehan.  Specifically, we object to two related components of Mr. El-Hag's letter: (i) his request that the Court "continue this open-ended stay of discovery," and (ii) his offer to "update the Court as Mr. Sheehan's status changes."

  First, there is not – and has never been – an "open-ended stay of discovery" in this matter.  On the contrary, on August 5, Your Honor granted a stay of discovery to October 5, and ordered Mr. El-Hag to provide the Court with a written status report by no later than that October 5.  Defendant objects to Plaintiff's request for an *open-ended* stay of discovery; a stay of indefinite duration may unduly prejudice Defendant as witnesses may become unavailable and their memories of Plaintiff's fleeting, two-month period of employment fade with the passage of time.

  Second, Mr. El-Hag's offer to "update the Court as Mr. Sheehan's status changes" is plainly inadequate.  On August 5, the Court ordered Mr. El-Hag to provide an update on his client's status within 60 days.  Defendant respectfully requests that Mr. El-Hag be subject to the same obligation now – he should be required to provide the Court with a written status update by no later than December 4.

  Thank you for your consideration.

            Respectfully submitted,

            /s/ Scott M. Cooper

cc:  Jordan El-Hag, Esq. (*via ECF*)

---

[1] All dates referenced herein occur or occurred in 2020.

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.