

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Scott M. Cooper**
212.603.6478 tel

scottcooper@dwt.com

October 16, 2020

**Via ECF**

Hon. Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

      Re:   *Sheehan v. ConsenSys, Inc.*
              19-cv-04154 (DLI) (CLP)

Dear Judge Pollak:

      As counsel for Defendant, I write to apologize to the Court and Plaintiff's counsel for missing the telephonic conference scheduled for this morning. I mistakenly believed that the conference had been adjourned, *sine die*, by virtue of the stay of discovery ordered in Dkt. No. 18, and the subsequent status report filed by Plaintiff's counsel on October 5, 2020 (Dkt. No. 19), which updated the Court as to Plaintiff's continued unavailability to participate in discovery. I regret any inconvenience caused by my absence.

      Thank you for your consideration.

                                      Respectfully submitted,

                                      /s/ Scott M. Cooper

cc:  Jordan El-Hag, Esq. (*via ECF*)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.