UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

RYAN SHEEHAN,                                       Case No. 19 CV 4154 (DLI) (CLP)

              Plaintiff,                         **NOTICE OF APPEARANCE**

-against-

CONSENSYS, INC.,

              Defendant.
----------------------------------------------------------------X

      PLEASE TAKE NOTICE that Michael Goettig of Davis Wright Tremaine LLP hereby enters his appearance as counsel for the defendant, ConsenSys, Inc. in the above captioned action, and requests that notice of all matters arising herein, and all documents and papers in this case, be served on the undersigned attorney at the address stated below.  The undersigned certifies that he is admitted to practice in this court.

Dated: New York, New York
           September 13, 2021

                                                           Respectfully submitted,

                                                           By: <u>/s/ Michael Goettig</u>
                                                                 Michael Goettig

                                                          Davis Wright Tremaine LLP
                                                          1251 Avenue of the Americas, 21st Floor
                                                          New York, NY 10020-1104
                                                          Tel.: (212) 603-6498
                                                          michaelgoettig@dwt.com
                                                          *Attorneys for Defendant*