

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Michael J. Goettig**
212.603.6498 tel

michaelgoettig@dwt.com

January 27, 2022

**Via ECF**

Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

    Re:    *Sheehan v. ConsenSys, Inc.*
              19-cv-04154 (DLI) (CLP)

Dear Judge Merkl:

    This firm represents the defendant ConsenSys, Inc. ("Defendant"). I write pursuant to the Court's December 13, 2021 minute entry to report on the status of this case.

    As summarized in my December 10, 2021 submission to the Court (see Docket Doc. No. 28), counsel for the parties exchanged their respective positions with regard to settlement on October 22, 2021. This afternoon, counsel for the plaintiff Ryan Sheehan ("Plaintiff") advised that he was discussing with Plaintiff's mother[1] a response to Defendant's counterproposal. Counsel will promptly advise the Court in the event that any such response leads to material developments in the status of this matter.

    Defendant remains ready to continue discovery.

                                    Respectfully submitted,

                                    /s/

                                  Michael J. Goettig

cc:    Jordan El-Hag, Esq. (*via ECF*)

---

[1] As the Court will recall, at the October 8, 2021 status conference, opposing counsel represented that Plaintiff remained unable to participate in the litigation. It is presumed that that remains the case.

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.