

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Michael J. Goettig**
212.603.6498 tel

michaelgoettig@dwt.com

March 25, 2022

**Via ECF**

Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

    Re:   *Sheehan v. ConsenSys, Inc.*
           19-cv-04154 (DLI) (CLP)

Dear Judge Merkl:

    This firm represents the defendant ConsenSys, Inc. ("Defendant").  I write pursuant to the Court's January 28 and March 14, 2022 minute entries to report on the status of this case.

    Notwithstanding repeated attempts to contact counsel for the plaintiff Ryan Sheehan ("Plaintiff"), Defendant is unable to provide any information on behalf of Plaintiff as to the status of this case.  On Tuesday, March 15, I wrote to Plaintiff's counsel at jordan@elhaglaw.com, the e-mail address on file with the Court's CM/ECF electronic filing system and that opposing counsel had used for prior communications with me concerning this matter.  Having received no response by Wednesday, March 23, I again reached out by e-mail and advised opposing counsel that, if I heard nothing from him by close of business yesterday, I would submit a status update to the Court today, on behalf of Defendant only.  Shortly before 1:00 this afternoon, I called Plaintiff's counsel at the phone number in his signature block and on his firm's website, and left a message asking for my call to be returned.  As of this filing, I have received no response.

    Defendant remains ready to continue discovery.

                      Respectfully submitted,

                      /s/

                      Michael J. Goettig

cc:    Jordan El-Hag, Esq. (*via ECF*)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.