

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Michael J. Goettig**
212.603.6498 tel

michaelgoettig@dwt.com

May 13, 2022

**Via ECF**

Hon. Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

      Re:    *Sheehan v. ConsenSys, Inc.*
               19-cv-04154 (DLI) (CLP)

Dear Judge Merkl:

      This firm represents the defendant ConsenSys, Inc. ("Defendant").  I write to advise the Court of the current status of this matter.

      On March 28, 2022, counsel for the plaintiff Ryan Sheehan ("Plaintiff") indicated that Plaintiff had agreed to a "mutual walk away" to resolve this matter.  On April 5, 2022, I provided Plaintiff's counsel with a proposed settlement agreement and stipulation of dismissal for his client's execution.  To date, I have yet to receive any response to that correspondence.

      On April 13, 2022, counsel for the parties advised the Court of the status of this matter, and later that day, the Court's minute entry concerning that status conference called for the parties to file a stipulation of dismissal by no later than today.  At 9:52 this morning, I wrote to Plaintiff's counsel at jordan@elhaglaw.com, enclosing another copy of the settlement agreement and stipulation of dismissal, and reminding him of today's deadline.  As of this filing, I have received no response.  Accordingly, it is respectfully requested that the Court dismiss this matter with prejudice.

      I thank the Court for its attention to this correspondence.

                                  Respectfully submitted,

                                  /s/

                                Michael J. Goettig

cc:    Jordan El-Hag, Esq. (*via ECF*)

DWT.COM

Anchorage | Bellevue | Los Angeles | New York
Portland | San Francisco | Seattle | Washington, D.C.