UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
RYAN SHEEHAN,

                Plaintiff,

      - against -

CONSENSYS, INC.,

                Defendant.
---------------------------------------------------------------x

Docket No. 19-CV-04154 (DLI)(TAM)

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, that the above-entitled action shall be and hereby is dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear their own costs.

El-Hag & Associates

By: _____
Jordan El-Hag
77 Westchester Ave., Suite 101
White Plains, New York 10604
(914) 218-6190
Attorneys for Plaintiff

Davis Wright Tremaine LLP

By: _____
Michael J. Goettig
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
(212) 489-8230
Attorneys for Defendant

SO ORDERED:

_____
U.S.D.J.